```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

ACTION INK, INC.                              CIVIL ACTION

VERSUS                                        NO: 12-141

ANHEUSER-BUSCH, INC.                          SECTION: R
```

**JUDGMENT**

Considering the Court's order and reasons on file herein,

IT IS ORDERED, ADJUDGED AND DECREED that plaintiff's complaint is hereby dismissed and that defendant's counterclaim is hereby granted. The Court DENIES defendant's request for attorneys' fees.

New Orleans, Louisiana, this 23rd day of July 2013.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE